UNITED STATES OF AMERICA
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
Case No: 7:25-CR-00021-1-D

UNITED STATES OF AMERICA

vs. ORDER

TACARLOS ANTIGO MILLER

IT IS HEREBY ORDERED that the following government exhibit(s) admitted into evidence on 11/18/26 be turned over to Task Force Officer Jason Worrell, FBI, to be retained in his custody until this case is completed, including any matters on appeal:

| Govt. Exhibit No.: | Description: |
|---|---|
| 16 | Drug paraphernalia from 12 S. Lincoln |
| 17 | Juppa Mannitol |
| 18 | Digital Scales |
| 19 | Boxes of unused bindles |
| 21 | "I'm Gudmoney" bindles |
| 22 | Cocaine from maroon Chevy Tahoe |
| 23 | Fentanyl from maroon Chevrolet Tahoe |
| 24 | Fentanyl from maroon Chevrolet Tahoe |
| 25 | Cocaine from maroon Chevrolet Tahoe |
| 26 | Fentanyl from maroon Chevrolet Tahoe |
| 27 | Black bag used to store drugs in maroon Chevrolet Tahoe |
| 30 | Black drawstring bag in trunk of Nissan Maxima |
| 31 | Cocaine found in trunk of Nissan Maxima |
| 32 | Kel-Tec firearm in trunk of Nissan Maxima S/N RWX49 |

| | |
|---|---|
| 33 | Magazine from Kel-Tec firearm (Ex. 32) |
| 34 | Ammunition from magazine (Ex. 33) |
| 35 | Kel-Tec firearm in trunk of Nissan Maxima S/N R2125 |
| 36 | Magazine from Kel-Tec firearm (Ex. 35) |
| 36.2 | Ammunition from magazine (Ex. 36) |
| 37 | Ruger firearm in trunk of Nissan Maxima S/N 380666107 |
| 38 | Magazine from Ruger firearm (Ex. 37) |
| 40 | 303 bindles from Nissan Maxima |
| 41 | 2731 bindles from Nissan Maxima |

This 19 day of November, 2026.

JAMES C. DEVER III
UNITED STATES DISTRICT JUDGE

Agent's Signature: ______________________